

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00703-CR

Aaron T. **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12559
Honorable Ron Rangel, Judge Presiding

# O R D E R

The court reporter's third extension of time to file the reporter's record is GRANTED. The reporter's record must be filed no later than February 25, 2014. *No further extensions will be considered.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court